# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.

October 13, 2022

October 14, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: *Paulino v. Veritas Property Management L.L.C. et al.*
1:22-cv-08167-JMF

Dear Judge Furman:

This firm represents Defendants Veritas Property Management L.L.C., 6535 Broadway Owners Corp., and James Maistre in the above-referenced action. Pursuant to Paragraph 2(E) of Your Honor's Individual Practices, Defendants respectfully request that Your Honor extend the deadline to move, answer, or otherwise respond to the Complaint through and including November 21, 2022. In exchange for this extension, Defendants agree to waive any objections to invalid service of process, and the Defendants accept service of the Complaint. This extension is necessary for the Defendants to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. Defendants have not requested any other extensions or adjournments. No other dates will be affected should the Court grant this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By:_____
Ian-Paul A. Poulos

cc: All Counsel of Record