# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

November 18, 2022

**VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 202
New York, NY 10007

    Re: *Louis Paulino v. Veritas Property Management L.L.C., et al.*,
       Case No. 1:22-cv-08167

Dear Judge Furman:

  This firm represents the Defendants in the above-referenced action. Pursuant to Sections 2.A and 2.E of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request, on consent, that the proceedings in the above-captioned action and any pending deadlines therein be stayed through Wednesday, March 15, 2023, to permit the parties to participate in compulsory mediation under the applicable collective bargaining agreement.

  Plaintiff's employment in this matter is governed by a collective bargaining agreement (the "CBA") between Plaintiff's employer and his union, SEIU Local 32BJ. Article XIII of the CBA provides for mandatory mediation concerning the claims presented herein, makes the Plaintiff's submission to such mediation process a condition precedent to initiating litigation in any judicial forum, and permits the Plaintiff's employer to seek a stay of litigation in such litigation where this condition has not been satisfied, pending the parties' participation in the mediation process. We have conferred with counsel for Plaintiff, who consents to this application.

  The instant application would affect Defendants' deadline to answer, move or otherwise respond to the Complaint, currently scheduled for Monday November 21, 2022, as well as the initial pretrial conference in this matter, currently scheduled for January 5, 2023. We ask that both dates be adjourned *sine die* and be rescheduled, should mediation prove unsuccessful in resolving the parties' dispute. We thank the Court for its consideration of this request.

            Respectfully Submitted,

            CLIFTON BUDD & DEMARIA, LLP
            *Attorneys for Defendants*

      By: Stephen P. Pischl

**CLIFTON BUDD & DEMARIA, LLP**

Honorable Jesse M. Furman
November 18, 2022
Page 2

cc:     **VIA ECF**
        FISHER TAUBENFELD LLP
        *Attorneys for Plaintiff*

Application GRANTED. The parties are directed to submit a joint status update on **March 16, 2023.** The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

*[signature]*

November 21, 2022