**EXHIBIT 2**

| First name | Last name | Date | Day | In | Out | Hours | Job |
|---|---|---|---|---|---|---|---|
| Taubenfeld | | | | | | | |
| Michael | Taubenfeld | 05/11/2022 | Wed | | | 1.10 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Draft complaint | | | | | | | |
| Michael | Taubenfeld | 05/17/2022 | Tue | | | 0.50 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to discuss his case | | | | | | | |
| Michael | Taubenfeld | 09/23/2022 | Fri | | | 0.50 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Finalize complaint | | | | | | | |
| Michael | Taubenfeld | 10/13/2022 | Thu | | | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Review consent letter requesting extension | | | | | | | |
| Michael | Taubenfeld | 11/15/2022 | Tue | | | 0.10 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to discuss mandatory mediation | | | | | | | |
| Michael | Taubenfeld | 11/15/2022 | Tue | | | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Review CBA's mandatory mediation provision | | | | | | | |
| Michael | Taubenfeld | 11/18/2022 | Fri | | | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Review consent letter requesting stay of proceedings | | | | | | | |
| Michael | Taubenfeld | 02/14/2023 | Tue | | | 0.30 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Draft email making settlement demand to opposing counsel | | | | | | | |
| Michael | Taubenfeld | 02/14/2023 | Tue | | | 0.60 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Telco w/ Plaintiff to discuss the mediation | | | | | | | |
| Michael | Taubenfeld | 02/14/2023 | Tue | | | 1.90 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Draft mediation statement | | | | | | | |
| Michael | Taubenfeld | 02/15/2023 | Wed | | | 0.70 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Review documents provided by Defendants' counsel | | | | | | | |
| Michael | Taubenfeld | 02/16/2023 | Thu | | | 5.80 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Attend mediation | | | | | | | |
| Michael | Taubenfeld | 03/24/2023 | Fri | | | 0.80 | Paulino, Louis › Michael Taubenfeld |

| | | | | | |
|---|---|---|---|---|---|
| **NOTES:** Revise settlement agreement | | | | | |
| Michael | Taubenfeld | 03/30/2023 | Thu | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Telco w/ Louis to discuss his questions about the settlement | | | | | |
| Michael | Taubenfeld | 04/04/2023 | Tue | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Draft letter requesting extension | | | | | |
| Michael | Taubenfeld | 04/17/2023 | Mon | 2.10 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Draft Cheeks letter | | | | | |
| Michael | Taubenfeld | 04/18/2023 | Tue | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Review Defendants' revisions to Cheeks letter and incorporate | | | | | |
| Michael | Taubenfeld | 04/18/2023 | Tue | 0.20 | Paulino, Louis › Michael Taubenfeld |
| **NOTES:** Finalize and file all documents | | | | | |